# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-2369

_____

United States of America,       *
                *
    Plaintiff - Appellant,    *
                *  Appeal from the United States
  v.             *  District Court for the
                *  District of Nebraska.
Karl Grinbergs,        *
                *  [UNPUBLISHED]
    Defendant - Appellee.   *

_____

Submitted: April 4, 2008
Filed: April 15, 2008

_____

Before MURPHY, ARNOLD, and BENTON, Circuit Judges.

_____

PER CURIAM.

This case is back before us from the Supreme Court which vacated our panel opinion and remanded for further consideration in light of Gall v. United States, 128 S. Ct. 586 (2007). We requested supplemental briefs from the parties which have now been received by the court. We have observed that the briefing contains many sentencing arguments which would be better presented to the district court in the first instance. We therefore consider it appropriate to remand to the district court for resentencing in light of Gall and all the appropriate sentencing factors. So ordered.

_____